```
BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (telephone)
(916) 554-2900 (facsimile)
```



**FILED**

NOV 28 2011



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2 11 - SW - 5 2 8   —   GGH

| | |
|---|---|
| In re Search Warrant, | MISC. NO. |
| The premises at 6745 Garden Highway, Nicolaus, CA, including all greenhouses, all buildings, all storage areas, all trash receptacles, and the entire grounds and yards, which is the residence of Joseph John Brennan III; the person of Joseph John Brennan III, DOB 09/07/1951; and all vehicles and vessels located at the premises that are registered to Joseph John Brennan III. | **UNITED STATES OF AMERICA'S REQUEST TO SEAL SEARCH WARRANT AFFIDAVIT AND [PROPOSED] ORDER** |

The United States hereby applies for an order sealing the Search Warrant Affidavit and related documents in this matter, as well as this Application for Sealing Order and Order, on the grounds states in the attached declaration.

Respectfully submitted,

DATED: November 28, 2011

BENJAMIN B. WAGNER
United States Attorney

By: _____
TODD A. PICKLES
Assistant U.S. Attorney

1

[PROPOSED] ORDER

The Court hereby orders that the Affidavit to the Search Warrant and related documents shall be sealed until further order of the Court or until the arrest of a defendant in this case, whichever comes first.

IT IS SO ORDERED.

DATED: November 28, 2011

By: **GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate Judge

2